UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-00071-RJC

| USA | ) | |
|---|---|---|
| | ) | <u>ORDER</u> |
| vs. | ) | |
| | ) | |
| JESSICA ORDONEZ | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, requesting that the Court modify its sentence. (Doc. No. 37).

The defendant asks that her sentence of incarceration be changed to home confinement so that she can care for children. However, the Court's authority to modify a sentence once it is imposed is limited, and the circumstances as cited by the defendant are not grounds for a sentence reduction by this Court. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 37) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshals Service.

Signed: September 25, 2015

Robert J. Conrad, Jr.
United States District Judge