UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-00071-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| JESSICA ORDONEZ | ) | |

**THIS MATTER** is before the Court upon motion of the defendant, pro se, again requesting that the Court modify its sentence. (Doc. No. 39).

Although the Court denied her last request to modify her sentence to home confinement for lack of jurisdiction, (Doc. No. 38: Order), the defendant now asks that her sentence be reduced to twelve months and one day so that she can return home to care for children. However, the Court's authority to modify a sentence once it is imposed is limited, and the circumstances as cited by the defendant are not grounds for a sentence reduction by this Court. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 39) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshals Service.

Signed: January 20, 2016

Robert J. Conrad, Jr.
United States District Judge