UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cr-00071-RJC

| | |
|---|---|
| USA | ) |
| | )   <u>ORDER</u> |
| vs. | ) |
| | ) |
| JESSICA ORDONEZ | ) |

**THIS MATTER** is before the Court upon the third and fourth motions of the defendant, pro se, requesting that the Court modify its sentence.[1] (Doc. Nos. 43, 44).

Although the Court denied her previous requests to modify her sentence to home confinement for lack of jurisdiction, (Doc. Nos. 38, 41: Orders), the defendant continues to ask that she be placed on home confinement so that she can return home to care for children. However, the Court's authority to modify a sentence once it is imposed remains limited, and the circumstances cited by the defendant are not grounds for a sentence reduction by this Court. 18 U.S.C. § 3582(c); Fed. R. Crim. P. 35.

**IT IS, THEREFORE, ORDERED** that the defendant's motions, (Doc. Nos. 43, 44) are **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, and the United States Marshals Service.

Signed: September 26, 2016

Robert J. Conrad, Jr.
United States District Judge

---

[1] Although the defendant states that she has completed her active jail sentence, (Doc. No. 44 at 1), it appears that she has been placed at a residential re-entry center prior to the expiration of that sentence, see https://www.bop.gov/inmateloc, Sept. 19, 2017 (showing Bureau of Prisons release date of February 25, 2017).